JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO. CR07-0414-RAJ |
| )  Plaintiff, ) | |
| ) | ORDER GRANTING |
| vs. ) | UNOPPOSED MOTION TO |
| ) | CONTINUE TRIAL DATE AND |
| ISAIAS TORRES, ) | PRETRIAL MOTIONS DEADLINE |
| ) | |
| Defendant. ) | |
| ) | |

THE COURT having considered the defendant's unopposed motion to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more

ORDER GRANTING DEFENDANT'S
UNOPPOSED  MOTION TO CONTINUE TRIAL DATE
AND EXTEND PTM's DEADLINE
(*U.S. v. Torres*, CR07-0414-RAJ)                                                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

2      IT IS THEREFORE ORDERED that the trial date be continued from February 4,

3  2008, to March 24, 2008, and that the due date for pretrial motions be set for February

4  11, 2008.

5      IT IS FURTHER ORDERED that the period of time from the current trial date of

6  February 4, 2008, up to and including March 24, 2008, shall be excludable time

7  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

8

9      DONE this 29th day of January, 2008.

10

11  _____
The Honorable Richard A. Jones
United States District Judge

12

13

14

15

16  Presented by:

17  s/ Lynn C. Hartfield
Colo. Bar No. 28961
18  Attorney for Defendant Isaias Torres
19  Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
20  Seattle, WA   98101
Phone: (206) 553-1100
21  Fax: (206) 553-0120
Lynn_Hartfield@fd.org
22

23

24

25

26

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE TRIAL DATE
AND EXTEND PTM's DEADLINE
(*U.S. v. Torres*, CR07-0414-RAJ)        2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**